IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00903-EWN-BNB

JAMES W. RAFFERTY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Telephonic Appearance** [docket no. 8, filed June 4, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel, Anthony Diosdi may appear for the Scheduling Conference by calling Chambers at **303/844-6408** on July 12, 2007, at 8:30 a.m. Mountain Daylight Time.

DATED:  June 5, 2007